UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

CLAUDIO MEZA,

                     Debtor.

-----------------------------------------------------------------X
CLAUDIO MEZA

                     Plaintiff,

         -against-

CITIBANK, N.A.,

                     Defendant.

-----------------------------------------------------------------X

Chapter 11

Case No. 11-47197

Adv. Proc. 13-01094-nhl

## ORDER GRANTING MOTION FOR
## DEFAULT JUDGMENT AGAINST CITIBANK, N.A.

      Upon the Chapter 11 Debtor, Claudio Meza (the "Plaintiff"), by his attorney Norma E. Ortiz, Esq., having commenced the above-captioned adversary proceeding by filing a complaint on March 4, 2013, for an Order pursuant to 11 U.S.C. § 506(a) declaring that the mortgage lien held by Citibank, N.A.(the "Defendant") on the Plaintiff's property located at 106-13 37th Avenue, Queens, New York (the "Property") be deemed unsecured and pursuant to 11 U.S.C. § 506(d) declaring that said lien is null and void; and

      Upon the Motion for Default Judgment (the "Motion") filed on February 14, 2014, by the Plaintiff for entry of an Order directing the Clerk of the Court to enter a default judgment against the Defendant for failure to answer the summons and complaint in the above-captioned adversary proceeding; and the Defendant having been provided with good and sufficient notice of the Motion and the complaint; and the Court having held a hearing on the Motion on March 4, 2014, at which Norma E. Ortiz, Esq., appeared on behalf of the Plaintiff and at which there was no appearance by or on behalf of the Defendant; and the Defendant having failed to file an

answer or otherwise respond to the summons and complaint or the Motion; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing thereon, it is hereby

**ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that the Defendant Citibank, N.A., is hereby held in default.



**Dated: May 15, 2014**
**Brooklyn, New York**

**Nancy Hershey Lord**
**United States Bankruptcy Judge**