UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
In re:

                                              Chapter 11

CLAUDIO MEZA,

                                              Case No. 11-47197

                        Debtor.
----------------------------------------------------------------X
CLAUDIO MEZA

                        Plaintiff,

                -against-                            Adv. Proc. 13-01094-nhl

CITIBANK, N.A.,

                        Defendant.
----------------------------------------------------------------X

## DEFAULT JUDGMENT

       Upon Citibank, N.A., (the "Defendant") having failed to answer or move in response to the Complaint served upon it in the above-captioned adversary proceeding, despite having been provided with good and sufficient notice thereof; and

       Upon the Motion for Default Judgment (the "Motion") filed on February 14, 2014, by Chapter 11 debtor, Claudio Meza (the "Debtor" or "Plaintiff") for entry of an Order directing the Clerk of the Court to enter a default judgment against the Defendant for failure to answer the summons and complaint in the above-captioned adversary proceeding; and the Court having held a hearing on the Motion on March 4, 2014, at which Norma E. Ortiz, Esq., appeared on behalf of the Plaintiff and at which there was no appearance by or on behalf of the Defendant; and no opposition to the Motion having been filed; and the Court having entered an Order granting the Motion, it is hereby

       **ORDERED**, that the mortgage lien held by Citibank, N.A., on the Debtor' s real property located at 106-13 37th Avenue, Corona, New York 11368, that was duly filed with the Office of

the City Register of The City of New York, State of New York, on May 22, 2006, with

Document ID: 2006000284653, and recorded against said real property in the County of Queens,

Block 1748, Lot 48, be deemed a wholly unsecured claim for the purposes of the Debtor's

Chapter 11 plan and that said mortgage lien be declared null and void upon the successful

completion of the Debtor's Chapter 11 plan ~~and issuance of a discharge~~; and it is further

    **ORDERED**, that upon the Debtor's successful completion of this Chapter 11 Plan ~~and~~

~~issuance of a discharge~~, the Clerk of the County of Queens shall cancel the lien made by Claudio

Meza to Citibank, N.A., that was duly filed with the Office of the City Register of The City of

New York, State of New York on May 22, 2006, with Document ID: 2006000284653, and

recorded against the Debtor's real property located in the County of Queens, Block 1748, Lot 48.



**Dated: May 15, 2014**
      **Brooklyn, New York**

                    _____
                          **Nancy Hershey Lord**
               **United States Bankruptcy Judge**